Case 4:21-cr-00117 Document 1 Filed on 03/10/21 in TXSD Page 1 of 2

United States Courts
Southern District of Texas
FILED

*March 10, 2021*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. **4:21-cr-117** |
| BRIAN WALKER,<br>    Defendant | § § § | |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

At all times material to this Indictment:

### COUNT ONE
### Embezzlement and Theft of Labor of Union Assets
### (29 U.S.C. § 501(c))

1. Beginning in or about March 2016, the exact time being unknown, and continuing thereafter to in or about August 2019, in the Houston Division of the Southern District of Texas and elsewhere, defendant,

**BRIAN WALKER,**

while an officer and employee of International Association of Longshoremen Local 1504-8, a labor organization engaged in an industry affecting interstate commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use and to the use of another the money, funds, securities, property, and other assets of said labor organization in the approximate amount of approximately $20,001.56 in violation of Title 29, United States Code, Section 501(c).

## NOTICE OF FORFEITURE
(18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c))

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice to the defendant that upon conviction for a violation of Title 29, United States Code, Section 501(c), the United States intends to seek forfeiture of all property, real and personal, which constitutes or is derived from proceeds traceable to such offense.

## MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States gives notice that it will seek a money judgment against the defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendant up to the amount of the money judgment.

A True Bill:

Original Signature on file
Grand Jury Foreperson

JENNIFER B. LOWERY
Acting United States Attorney

By: *Zahra Jivani Fenelon*
Zahra Jivani Fenelon
Assistant United States Attorney